## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

```
*************************************  :
IN RE:                                  :
     CH COLTSVILLE HOLDINGS, LLC        :
            DEBTOR                      :    CHAPTER 7
                                        :
                                        :    CASE NO. 15-21880
                                        :
*************************************
```

### NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY

Notice is hereby given that John J. O'Neil, Jr., Trustee in the above case, pursuant to 11 U.S.C. §544(a), intends to abandon the estate's interest in the following property:

The Trustee's interest in the lease held by the Debtor for the premises located at 140 Huyshope Avenue SA #628, Hartford, Connecticut (Apt. 628) (the "Lease").

The reason for the abandonment of the Lease is that the Trustee's interest in the Lease has little or no value to the estate. There are eight months remaining on the Lease. Taking into consideration the costs that would be associated with a sale of the Lease, there is no equity in the Lease for the benefit of the estate. Thus, it is the Trustee's opinion that the leasehold interest would not result in a return of any value for the unsecured creditors and it is in the best interest of the estate to abandon the leasehold interest.

THIS NOTICE IS GIVEN to permit parties in interest to object to the intended abandonment of the estate's property. Any person objection to said abandonment should file with the Clerk of the U.S. Bankruptcy Court, 450 Main Street, Hartford, Connecticut 06103 not later than 5:00 p.m. on February 3, 2016, an Objection to such abandonment. In addition, a copy of the objection should be served on the Trustee, John J. O'Neil, Jr. at

Francis O'Neil LLC, 255 Main Street, Hartford, CT, 06106 by the time set for filing such an objection with the Clerk of the Bankruptcy Court.

If no objections are filed with the Clerk of the U.S. Bankruptcy Court sand served upon the Trustee by the 3rd day of February, 2016, the Trustee will proceed with the abandonment of the property. Any objections not timely filed with the Clerk of the Court and served upon the Trustee may be deemed waived.

Dated at Hartford, Connecticut 13th day of January, 2016.

                                              Chapter 7 Trustee:

                                              /s/ John J. O'Neil, Jr.
                                              John J. O'Neil, Jr., Trustee
                                              Francis O'Neil LLC
                                              255 Main Street
                                              Hartford, CT 06106